UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROSWITHA RIENDEAU

v.                                                              CA 09-149 ML

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Martin on March 12, 2010. The Court has reviewed the Report and Recommendation *de novo* and has considered Plaintiff's objection and Defendant's response. The Court finds that the Report and Recommendation thoroughly recites the relevant facts. Further, this Court adopts the recommendation that Plaintiff's Motion to Reverse or, alternatively Remand be DENIED and that Defendant's Motion to Affirm the Decision of the Commissioner be GRANTED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
April  13 , 2010